# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GWENDOLYN LAGER,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:15-cv-154-Orl-22DAB**

**PIZZA GALLERY & GRILL, INC., AMD**
**CHRISTOPHER CONEEN,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY COURT ORDER (Doc. No. 17)**
>
> **FILED:** June 9, 2015
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED, with a caveat.**

The parties represent that they have negotiated a settlement in this Fair Labor Standards Act ("FLSA") case, and have notified the Court of same (Docs. 10, 15), but have not tendered the Settlement Agreement for review. Instead, they seek dismissal of this action, without prejudice, pursuant to Federal Rule 41(a)(2). It is **respectfully recommended** that the motion be **granted, and the action be dismissed, subject to the following.**

In *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir.1982), the Eleventh Circuit concluded the only means by which an agreement to compromise an FLSA claim may become final and enforceable is if the agreement is approved by a district court or the Department of Labor. Since no settlement agreement has been submitted for the Court to review in this case, any agreement reached by the parties that is a compromise of an FLSA claim is unenforceable. *See Skeen v. Seminole Machine & Welding, Inc*., No. 8:11-cv-2233, *slip op.* 2-3 (M.D. Fla. Jun. 21, 2012). As such, the Court will not entertain an application for the enforcement of any such agreement, if one exists, and will not entertain an application for attorney's fees and costs.

A party failing to file written objections to a magistrate judge's findings or recommendations within fourteen (14) days of issuance of the Report and Recommendation, waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.

Recommended in Orlando, Florida on June 10, 2015.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy