# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GWENDOLYN LAGER,**

    **Plaintiff,**

**v.**                                                           **Case No:   6:15-cv-154-Orl-22DAB**

**PIZZA GALLERY & GRILL, INC. and
CHRISTOPHER CONNEEN,**

    **Defendants.**

## ORDER

This cause is before the Court on Joint Motion for Voluntary Dismissal Without Prejudice by Court Order (Doc. No. 17) filed on June 9, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED, with a caveat.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 10, 2015 (Doc. No. 18), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Voluntary Dismissal Without Prejudice by Court Order is hereby GRANTED with the caveat that the Court will not entertain an application to enforce the settlement agreement and will not entertain an application for attorney's fees or costs.

3. This case is DISMISSED without prejudice.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on June 30, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties